HILDA INMAN CORLETT, otherwise known as HILDA I. COR-LETT, joined by her husband R. R. CORLETT, otherwise known as RALPH R. CORLETT, BAKER INVESTMENT COMPANY, a Florida Corporation, FAIR HAVEN ESTATES, INCORPORATED, a Florida Corporation, JOHN L. FOUTS, TRUSTEE, and FELIX KNOWLES, *Appellants,* v. JAMES C. BREWSTER, *Appellee.*

Division B.

Decision filed May 13, 1931.

*Edwards & Cutts,* for Appellants;

*Bryant & Trantham,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court, upon the transcript of the record of the final decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said final decree; it is, therefore, considered, ordered and decreed by the Court that the said final decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur.